**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Sarah C. Miller | | |
| | Debtor(s) | |
| Bank of America, N.A. | Movant | BK. NO. 22-22265 CMB |
| v. | | |
| Sarah C. Miller | | CHAPTER 7 |
| | Respondent(s) | Related to Docket #_____ |
| and | | |
| Lisa M. Swope, Trustee | | |
| | Additional Respondent | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this ___ day of _____, 2022, at Pittsburgh, upon Motion of BANK OF AMERICA, N.A., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2018 MAZDA MAZDA3 5-DOOR ("Vehicle"), bearing a VIN Number 3MZBN1K74JM193257.

_____
United States Bankruptcy Judge