**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sarah C. Miller<br><br>                                  Debtor(s) | BK. NO. 22-22265 CMB |
| Bank of America, N.A.    Movant<br>                  v.<br>Sarah C. Miller<br><br>                          Respondent(s)<br>                and<br>Lisa M. Swope, Trustee<br><br>                          Additional Respondent | CHAPTER 7 |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

      This _____ day of _____, 2022, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

      **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to the U 2018 MAZDA MAZDA3 5-DOOR bearing a VIN Number 3MZBN1K74JM193257.

      Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

                                                                                                                                           _____
                                                                                                                          United States Bankruptcy Judge

Brian C. Nicholas, Esquire
bnicholas@kmllawgroup.com
Attorney I.D. No. 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322
Attorney for Movant/Applicant