**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sarah C. Miller<br>**Debtor(s)**<br><br>BANK OF AMERICA, N.A.<br>**Movant**<br>vs.<br><br>Sarah C. Miller<br>**Respondent**<br><br>Lisa M. Swope, (Trustee)<br>**Additional Respondent** | BK NO. 22-22265 CMB<br><br>Chapter 7<br><br>Related to Document No.<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Objection Deadline: |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 20, 2022, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Sarah C. Miller
544 Blank School Road
Greensburg, PA 15601

Attorney for Debtor(s)
Kenneth Steidl,
Steidl & Steinberg
707 Grant Street, Suite 2830, Gulf Tower
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com

Trustee
Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756
ustpregion03.pi.ecf@usdoj.gov

Method of Service: electronic means or first class mail

Dated: December 20, 2022

/s/ **Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
bnicholas@kmllawgroup.com
Attorney I.D. No. 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant