**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Sarah C. Miller** <br> Debtor(s) | **BK NO. 22-22265 CMB** <br> **Chapter 7** <br> **Related to Doc No. 19** |
| **Bank of America, N.A.** <br> Movant <br> vs. <br> **Sarah C. Miller** <br> Debtor(s) <br> **Lisa M. Swope**, <br> Trustee | |

**CERTIFICATE OF SERVICE**
**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 9, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Sarah C. Miller
544 Blank School Road
Greensburg, PA 15601

Attorney for Debtor(s)
Kenneth Steidl, Steidl & Steinberg
707 Grant Street, Suite 2830, Gulf Tower
Pittsburgh, PA 15219

Trustee
Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931

Method of Service: electronic means or first class mail

Dated: January 9, 2023

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com